Costas Nicopolopolus, Plaintiff in Error, v. Stomatiathis Brothers, Defendants in Error.

(Supreme Court of Florida, *En Banc*, June Term, 1909.)

J. Hall Brumsey, for Plaintiff in Error.

Wall & McKay, for Defendants in Error.

Circuit Court of Hillsborough County; J. B. Wall, Judge.

There was judgment for the defendants in error, and the plaintiff in error takes writ of error. Writ of error dismissed on motion of counsel for the defendants in error.